# Court of Appeals
# of the State of Georgia

ATLANTA,  April 21, 2021

*The Court of Appeals hereby passes the following order:*

## A21A1250. JARVIS AUGUSTUS WARE v. JACQUES PARTAIN et al.

Jarvis Augustus Ware has filed in this Court an original mandamus petition against the superior court judge and clerk, asking this Court to compel the respondents to transmit the record in a certain case to this Court. This case is not, however, subject to original mandamus relief by our Court.

Appellate courts have mandamus authority in aid of their jurisdiction, see Ga. Const. of 1983, Art. VI, Sec. I, Par. IV, but the need to resort to the appellate courts for such relief is "extremely rare" because "the superior courts of this state have the power, in proper cases, to issue process in the nature of mandamus, prohibition, specific performance, quo warranto, and injunction[.]" *Brown v. Johnson*, 251 Ga. 436, 436 (306 SE2d 655) (1983). This is not one of the extremely rare instances in which this Court will exercise original mandamus jurisdiction. See *Gay v. Owens*, 292 Ga. 480, 482-483 (2) (738 SE2d 614) (2013). Until Ware has pursued mandamus relief in superior court and obtained a ruling thereon, there is no basis for this Court to exercise jurisdiction. See *Brown*, 251 Ga. at 436. Accordingly, this petition for writ of mandamus is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  04/21/2021

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, Clerk.